Su señoría Ronald A. Guzmán,

Yo soy Imelda González García (Massy), hermana gemela de Luis Eduardo González. Vivo en Monterrey N.L., Mexico, y tengo mas de 4 años de no ver a mi hermano.

Nos piden que demos a conocer a Luis Eduardo (Ewis para mi), intentare hacerlo de manera breve, aunque me es difícil, ya que siento que hay mucho que contarle de mi hermano.

Al haber nacido juntos tenemos un vínculo muy especial. Aunque tenemos otro hermano al cual quiero muchísimo (se llama Gerardo), con Luis Eduardo tengo una cercanía emocional muy grande. Siempre me sentí cuidada y protegida por él desde nuestra infancia y se que es su naturaleza el ver por los suyos. Con mis padres fue un hijo ejemplar que los trato con respeto desde niño y de adulto siempre procuro su bienestar.

Nuestra madre falleció hace 11 años de cancer. Fueron 5 meses muy difíciles en los que como hermanos nos unimos y Luis Eduardo fue un pilar muy importante para mantenernos unidos apoyando y acompañando a nuestra madre. Ella se fue tranquila de saber que dejó unos hijos que se aman y cuidan entre ellos.

Le quiero contar que Luis Eduardo (Ewis) es una persona muy fácil de convivir con él. Tiene un excelente sentido del humor. Él puede hacer una broma y cambiar nuestro estado de ánimo en un instante. Donde esté, ya sea con su familia, con sus amigos, o en un lugar donde no conozca a nadie, él hará que las personas se sientan cómodas y alegres - es como su misión de vida irradiar alegría.
Muchas veces en estos mas de 4 años que tengo de no verlo él ha sido quien me da ánimo a mi y me ha sacado una sonrisa.

Otra gran cualidad es que es un hombre muy generoso. Heredó de nuestros padres el poder ayudar en lo que puede a personas que lo necesitan. Nuestra madre fue alcaldesa de nuestro pueblo, Cerralvo NL, donde pudo hacer mucho por nuestra comunidad. Nuestro papá fue presidente de la Cruz Roja, donde también apoyaron mucho a nuestra comunidad.

Cuando no estaban en ningún cargo público, nuestros papás tenían la costumbre de siempre hacer labores de caridad. Mi mamá por sus últimos 15 años de vida apoyo a una asociación que se llama "DESTELLOS DE LUZ" que apoya a personas con debilidad visual y después de que ella falleció Luis Eduardo nos animó a Gerardo mi hermano y a mi a seguir apoyando a esta asociación porque él no quería que se suspendiera lo que nuestra madre con tanto amor hacía. Así que hasta el día de hoy seguimos con ese apoyo.

A mi papá por su lado le gustaba ayudar a las personas que encontraba en su día a día, consiguiéndoles trabajo, invitando un plato de comida a algún extraño o conocido sin recursos económicos, apoyando a algún muchacho para seguir estudiando, etc. Y esa es la herencia mas importante que mi padre le dejo a mi hermano, porque lo que más le gusta a Luis Eduardo es precisamente apoyar a quien se topa día a día. A muchos ha ayudado sin ni siquiera saber sus nombres. A otros los ha ayudado de forma particular. Uno de esos casos es el de un joven que se llama Oziel, que hace 10 años soñaba con ser sacerdote, a quien Luis Eduardo apoyo a realizar su sueno. Hoy es una realidad. Oziel ya es sacerdote (es probable que encuentre alguna carta de él). Luis Eduardo se siente muy orgulloso de él y muy agradecido con Dios por haberle permitido ser parte de este milagro.

En otra ocasión, Luis Eduardo fue el motor que nos motivo a ayudar a una tia. Mi papá tenía una hermana soltera, la Tia Chita, que ya era grande de edad y cuya casa estaba muy deteriorada. Luis Eduardo un buen día se propuso ayudar a la tía Chita a remodelar su casita. Al ver lo que él empezó a hacer, nos motivamos y acomedimos también mi mama, mi hermano Gerardo y yo. Entre todos, nos propusimos sacar adelante el proyecto de la remodelación de la casa de la tía Chita. Creo que si a Luis Eduardo no se le hubiera ocurrido, tal vez nunca hubiéramos hecho esa obra tan importante por una persona que se lo merecía mas que nadie.

Ese es Luis Eduardo. El es alguien que siempre estará viendo que ocupa alguien mas. Siempre esta buscando de que manera puede ayudar, y si la solución no esta en sus manos, o después de ayudar el, sigue habiendo una necesidad, el buscara la manera de motivar a alguien mas para hacer el bien.

Cuando en nuestro pueblo se festejaba el Día Del Niño o el Día de Las Madres, siempre donaba regalos para los niños y para las mamás en las fiestas que se organizan en el pueblo.

Desde que no esta con nosotros, sus amigos, familiares y gente que lo conoce nos han dado innumerables muestras de cariño y solidaridad y nos comentan la ilusión que les hace verlo muy pronto.

Y, hablando de ilusiones, a quienes mas ilusión les hace volver a ver a Luis Eduardo es a sus dos hijos pequeños. Ellos son a quienes mas falta les hace mi hermano. Son quienes mas lo necesitan, y quienes menos han tenido la fortuna de conocerle y de recibir sus abrazos y su protección y cariño. Ellos creen que su "Papi" esta trabajando, y sueñan con su regreso. Esperan que sea muy pronto, y se lo dicen en cada llamada, al escuchar su voz. Gracias a Dios, los niños están bien de salud. Se podría decir que no les falta nada. Pero, claro, no puedo dejar de pensar que en realidad les falta mucho – les falta el calor de su padre, su sentido del humor y sus juegos y caricias. Luis Eduardo vive por esos niños. Son la razón para despertarse

cada mañana, en ese lugar donde ahora se encuentra. Y, se que le pesa mucho a mi queridísimo hermano el no poder estar con ellos a causa de sus errores.

Se la ilusión que él tiene de regresar al lado de sus hijitos, de verlos crecer, y de apoyarlos y guiarlos en su camino de vida. Se que quiere regresar a su pueblo, a la que fue la casa de nuestros padres, y que quiere vivir tranquilo al lado de sus seres queridos. Se que el quiere seguir ayudando a su pueblo, cuidar el medioambiente, hacer la tierra sustentable, y disfrutar lo que nuestros padres dejaron y nos toca hacer lo posible por que florezca. Hay un hermoso proyecto que, con el apoyo de la familia, Luis Eduardo espera poner en marcha en una propiedad que heredó de nuestros padres. Esta propiedad está al lado de un parque nacional muy bonito en nuestro pueblo. Esperamos su regreso para ver concretado este proyecto que se logrará con el apoyo de familiares y amigos que nos han demostrado su solidaridad para apoyar a Luis Eduardo a su regreso. Todos estamos preparados para apoyarlo en el proceso de retomar su vida dentro de la legalidad y de los buenos principios que siempre han guiado a nuestra familia.

Una disculpa si mi manera de escribir no sea la mejor. Solo intento describir a Luis Eduardo y que usted sepa cuánto lo extrañamos y como soñamos con el día de poderlo ver con nosotros otra vez.

Gracias por atender esta carta,

*[firma]*

Imelda González
(Massy)

Luis Eduardo Y yo en nuestro 50 cumpleaños Septiembre 2017



Aquí con Nuestro Hermano Gerardo





Lalito Y Emiliano



Lo más Importante En la Vida de Luis Eduardo 



Lalito ✌🏻
Tiene 7
Años
Emiliano 🕶
Tiene 6



Luis Eduardo
Y ellos
Esperan verse
Muy pronto
🙏



**El es el tío Roberto cuando visito a Luis Eduardo en el centro de detención en noviembre 2018**

Sr. Juez Ronald A. Guzmán,

Soy Roberto García, tío de Luis Eduardo González García, hermano de su madre. Tengo 73 años. Mi hija me hizo el favor de escribir lo que le estoy dictando, porque yo no soy muy bueno para la tecnologia.

Me dirijo a usted Sr. Juez para hablar de la familia de Luis Eduardo, mi sobrino. Recuerdo que fui a ver a Luis Eduardo al centro de detención un par de meses después de su llegada y recuerdo haberle dicho -Que haces aquí? Este no es tu lugar, tu no eres cómo estás personas.

Durante mi visita a Luis Eduardo mientras que estaba detenido, aproveche para recordarle todo lo que somos como familia. Le hable de las ultimas 3 generaciones de nuestra familia. Le recordé que mi abuela quedó viuda con 7 hijos a los 37 anos y ella sola saco a sus hijos adelante haciéndolos hombres y mujeres de bien. Ninguno de sus hijos tubo algún problema con la ley. Mi padre fue un hombre sin preparación académica pero muy trabajador y con una calidad humana muy grande que con una granja avícola en su pueblo logró mandarme a la Universidad.

Y, le recordé lo que fue su madre, mi hermana mayor, quien fue formada por nuestros padres, y fue una mujer fuerte, determinada, y trabajadora que se casó muy joven a los 18 años pero siguió preparándose después de casada con el apoyo de mi cuñado, papá de Luis Eduardo. A sus 30 años mi hermana llegó a ser alcaldesa de su pueblo que hoy por hoy la recuerdan como una gran servidora pública y gran calidad humana después de su experiencia como servidora pública. Después, siguió trabajando de forma independiente como diseñadora de interiores, oficio que ha pasado a 2 generaciones, ya que 2 de sus hijos y 3 de sus nietos a eso se dedican. Jamás dejó de trabajar. Murió a los 66 años con una cartera de clientes activa.

Mis otros 3 hermanos hicieron sus vidas y formaron familias trabajadoras y honradas. Somos 5 hermanos con 16 sobrinos y casi 30 nietos, y nunca alguno tubo algún pequeño o gran problema con la justiciar.

Por esa razón le dije a Luis Eduardo que el no pertenecía en este lugar, que él tiene una gran familia. Sabemos que cometió un delito y que está listo para pagar las consecuencias, pero él sabe que cuenta con una gran familia que lo apoyará incondicionalmente cuando regrese. Somos una familia solidaria dispuesta a apoyarlo para salir Adelante. Se que por ningún motivo volvería a faltar a la ley después de esta dura experiencia y sabiendo que tiene el apoyo de cada miembro de nuestra gran familia.

El fue discreto en sus actividades. Independiente a lo que haya hecho mal en su vida logró formar lazos y vínculos con cada uno de sus primos y tíos que al día de hoy están intactos. Todos lo queremos y estamos esperanzados a que pronto estará con nosotros y estamos listos para apoyarlo a empezar una nueva vida siempre dentro de la legalidad como lo hemos hecho las últimas 4 generaciones.

La tarea mas importante que tiene regresando a casa es ver por sus hijos mas pequeños. Estoy seguro que su mayor arrepentimiento es el no poder verlos crecer. Dios le de la oportunidad muy pronto de reivindicarse como papá y dar todo su amor a sus hijos.

Gracias señor juez por atender esta carta,

*Roberto García*

Roberto García




# MUNICIPIO DE CERRALVO
## ESTADO DE NUEVO LEÓN
## ADMÓN. 2021-2024

Honorable Señor Juez:

Mi nombre es Lic. Baltazar Martínez Montemayor. Soy el actual Presidente Municipal de Cerralvo, Nuevo León, México.

A título personal conozco a Luis Eduardo desde la infancia. Somos contemporáneos y crecimos en el mismo pueblo. me vi tristemente sorprendido de saber que enfrenta un proceso legal en los Estados Unidos. fue una verdadera sorpresa porque ni Luis Eduardo ni nadie de su familia tuvieron algún problema legal ni mala conducta, Por el contrario, siempre han sido una familia de principios.

Su madre la Sra. Imelda García González, fue alcaldesa hace muchos años y todavía es recordada por su gran desempeño. su papa el sr. Gerardo González Benavides, sin ser servidor público, fue una persona con un gran corazón que ayudaba a quien lo necesitaba. Y Luis Eduardo es ese tipo de persona que le gusta ayudar. Sé que, en otras administraciones hacia aportaciones en beneficio de la infancia de nuestro pueblo. todo lo que hacía, lo hacía de forma alegre, pacífica y cordial. Luis Eduardo jamás ha tenido algún problema legal ni administrativo. Ni siquiera ha tenido nunca una falta de tránsito en nuestro municipio. Siempre se condujo con respeto, como un apersona de bien

Sabemos que la familia tiene un proyecto ecoturístico para realizar en una propiedad que Luis Eduardo heredo de sus padres y que está localizada al lado del parque Nacional EL SABINAL este Proyecto seria para apoyarlo a empezar una nueva vida dentro de la legalidad. A nosotros como municipio nos encantaría apoyar para que este proyecto se lleve a cabo y ayude al crecimiento de nuestro pueblo.

Creemos en las segundas oportunidades, y esperamos que Luis Eduardo esté muy pronto de regreso en nuestra comunidad,

¡SEGUIMOS AVANZANDO!

Atentamente

Lic. Baltazar Martínez Montemayor
Presidente Municipal

PRESIDENCIA MUNICIPAL
DE CERRALVO, N. L.
2021 - 2024

PALACIO MUNICIPAL, MORELOS S/N, ZONA CENTRO, TEL: 892-975-11-28 Y 892-975-01-61



Me dirijo a usted, Señor Juez:

Soy el Ing. Norberto Julio González González, Secretario de la Asociación Ganadera de la Ciudad de Cerralvo Nuevo León, en México.

El señor Luis Eduardo González García y su familia, originarios de nuestro pueblo, han sido parte de la Asociación Ganadera por varias décadas. Conocemos muy bien al señor Luis Eduardo González García, quien ha sido miembro activo desde hace 15 años, aproximadamente, y quien siguió los pasos de su padre, el señor Gerardo González Benavides, en su interés y participación en el ámbito de la ganadería.

Están registrados en nuestra Asociación con una propiedad que su familia posee desde hace más de 80 años. Dicha propiedad cuenta con tierras para sembrar pastizales y para criar ganado, y se encuentra localizada dentro de nuestro pueblo, al lado de un hermoso parque nacional llamado El Sabinal, que es nuestro mayor tesoro ecológico.

Esta propiedad la heredó Luis Eduardo González García de su padre, y este a su vez la heredó del suyo. Es una propiedad que por muchos años se ha mantenido activa.

Sabemos que hay proyectos para el futuro, incluyendo un parque ecoturístico, aprovechando la cercanía del Parque El Sabinal. Creemos que ese tipo de proyectos darían un gran impulso económico a la región. Esperamos ese plan se concrete algún día no muy lejano, ya que beneficiaría a muchas personas en la comunidad y a nivel estatal.

Esperamos el regreso del señor Luis a nuestra comunidad y a nuestra Asociación.

Muchas gracias por su atención, Señor Juez,

_____
Ing. Norberto Julio González González

# ARQUIDIÓCESIS DE MONTERREY, A.R.

## Parroquia de San Pedro Apóstol



En Allende, A.R.

Noviembre 2022

Estimado Señor Juez,

Mi nombre es Oziel Rodríguez, soy sacerdote católico diocesano de la Arquidiócesis de Monterrey, Nuevo León, México.

Conozco a Eduardo González desde que yo era un niño, lo he visto siempre como un tío muy querido y es parte muy importante de mi familia. Siempre ha sido muy bueno y generoso conmigo y con toda su familia. Es muy trabajador y le gusta ayudar a la gente.

Eduardo es una persona muy especial en mi vida como sacerdote, porque cuando yo sentí que Dios me llamó a consagrarme y entregarle mi vida a Él, mi situación económica no era muy estable para entrar al seminario, por lo tanto no era posible lograrlo. Cuando Eduardo se enteró de lo que yo guardaba en mi corazón, él fue quien me animó, me apoyó emocional y económicamente para que yo pudiera cumplir mi sueño y entregar mi vida a Dios. Me dijo que él se encargaría de que nada me impidiera cumplir mi sueño y que siempre estaría conmigo; y así lo hizo, se encargó de los gastos de mi formación sacerdotal, pagó gran parte de mis estudios y grados académicos dentro del seminario y siempre estuvo cerca para mí.

Por eso y mucho más es que Eduardo es muy especial para mí, es mi familia, lo quiero mucho, y le doy gracias a Dios por ponerlo en mi camino. Me haría muy feliz y deseo con todo mi corazón que pronto pueda estar de regreso entre nosotros para compartir la vida de nuevo con él. Y de la misma forma en que él estuvo conmigo y me ayudó a cumplir este sueño mío y de Dios, de ser sacerdote, yo estoy dispuesto a ayudarlo, animarlo, dirigirlo, y acompañarlo humana y espiritualmente cuando él regrese con nosotros, su familia.

Que la paz y la bendición de Dios estén con usted.



_____
Pbro. Oziel Rodríguez Martínez

Vicario Parroquial

Zaragoza s/n, Col. Centro, Allende, N.L. C.P. 67350
Tels. (826) 2682077 y 2684887







Your Honor Ronald A. Guzmán,

I am Imelda González García (Massy), Luis Eduardo Gonzalez's twin sister. I live in Monterrey N.L., Mexico. I have not seen my brother in over four years.

They ask us to let you know about Luis Eduardo ("Ewis" for me), and I will try to do so in a brief manner, although it's difficult for me, since I feel there's a lot to tell you about my brother.

Having been born together, we have a very special bond. Even though we have another brother who I love very much (Gerardo), I have a deep emotional attachment with Luis Eduardo. Since our childhood, I've always felt cared for and protected by him, and I know it's in his nature to care for his own. He was an exemplary son to our parents, and in adulthood he always looked after their well-being.

Our mother died of cancer 11 years ago. They were 5 very difficult months during which we united as siblings, and Luis Eduardo was an important pillar that kept us united, supporting and accompanying our mother. She left in peace, knowing she left behind children who love each other and care for one another.

Luis Eduardo (Ewis) is someone who's very easy to get along with. He has an excellent sense of humor. He can make a joke and change our emotional state in an instant. Wherever he is, whether with family, with friends, or someplace where he doesn't know anyone, he will make people feel comfortable and happy – it's like his life's mission to radiate happiness. Many times, during these more than 4 years since I've seen him, it has been he who lifts me up and makes me smile.

Another great quality is his great generosity. He inherited from our parents the ability to help people who are in need. Our mother was mayor of our hometown, Cerralvo, NL, where she was able to do a lot for our community. Our father was president of the Red Cross, where they also provided much support for our community.

When they were not in public office, our parents customarily engaged in charitable work. My mother supported "Destellos de Luz," an organization that helps people with visual disabilities, for the last 15 years of her life; and after her death, Luis Eduardo encouraged my brother Gerardo and me to continue supporting that organization because he didn't want to suspend what our mother so lovingly had done. And thus, to this day, we continue providing that support.

Our father liked helping people he came across in his day-to-day by finding jobs for them, offering a meal to a stranger or to someone he knew with scarce resources, by paying a young lad's continuing studies, etc. And that's the most important inheritance my father left my brother, because what Luis Eduardo loves the most, precisely, is helping people he comes across in his day-to-day life. He has helped many without ever even knowing their names. Others, he's helped very particularly. One such case is that of a young man named Oziel, who 10 years ago dreamt of being a priest and whose dream Luis Eduardo helped become a reality. Today, that dream is, in fact, a reality. Oziel is now a priest (it's likely you will find a letter from him). Luis Eduardo feels very proud of Oziel, and he is very grateful to God for allowing him to be a part of Oziel's miracle.

On another occasion, Luis Eduardo was the motor that motivated us to help one of our aunts. My father had a sister who never married, la "Tia Chita," who was advanced in age and whose home was very deteriorated. Luis Eduardo one good day decided he was going to help Tia Chita remodel her home. Seeing what he started, my mother, my brother Gerardo and I felt motivated to pitch in ourselves. We committed to carry forward Tia Chita's home remodeling project together. I believe that, but for Luis Eduardo's initiative, we likely would've never engaged in that important endeavor, and our aunt deserved it more than anyone.

That is Luis Eduardo. He's always looking out for others' needs. He's always looking for ways to help, and if the solution is out of his hands, or after he's helped, if an unfulfilled need remains, he finds a way to motivate someone else to do what's right.

When there was a "Children's Day" or "Mother's Day" celebration in our hometown, he always donated gifts for the mothers and children at the parties organized by the municipality.

Since he's been away from us, his friends, family, and people who know him have shown us countless expressions of affection and solidarity, and they tell us about how hopeful they feel about seeing him again soon.

And, speaking of hope, his two youngest children are who most hope to see him soon. They're the ones who miss my brother the most. They are who need him the most, and who have had the least opportunity to know him, to receive his hugs and protection and affection. They think their "Papi" is working, and they dream of his return. They hope it will be very soon, and they tell him so in every phone call when they hear his voice. Thank God, the children are healthy. One could say they have it all. But, I can't help but think that, in reality, they're missing a lot --- they're missing their father's warmth, his sense of humor, his playfulness, and his caresses. Luis Eduardo lives for those boys. They are the reason he wakes up every morning in that place where he is now. I know what weighs the heaviest on my beloved brother is not to be with them because of the mistakes he's made.

I know what hope he feels to be back by his little boys' side, to see them grow up, to support them and guide them through their life journey. I know he hopes to return to his hometown, to what was our parents' home, and he wants to live in peace near his loved ones. I know he wants to keep helping his community, to care for the environment, to make the earth sustainable, and to enjoy what our parents left behind and which it's our turn to do what we can to see it flourish. There's a beautiful project that, with family's help, Luis Eduardo hopes to start on a property he inherited from our parents. The property is next to a lovely national park in our hometown. We await his return to see that project come to life with the help of family and friends who have shown their solidarity in supporting Luis Eduardo upon his return. We are all ready to help him through the process of reclaiming his life within legality and within the values and principles that have always guided our family.

I apologize if my writing style is not the best. I'm only trying to describe Luis Eduardo to you and want you to know how much we miss him and dream of the day he comes back to us again.

Thank you for tending to this letter.


Imelda González
(Massy)

Judge Ronald A. Guzmán,

I am Roberto García, Luis Eduardo González García's uncle, his mother's brother. I am 73 years old. My daughter did me the favor of writing what I am dictating to her because I am not very good with technology.

I am writing to you, Judge, to talk about Luis Eduardo's family. I remember when I went to see Luis Eduardo at the detention center a couple of months after his arrival, and I remember telling him, "What are you doing here?" This is not your place. You are not like these people."

During that visit, I took the opportunity to remind him of everything we are as a family. I told him about the last 3 generations of our family. I reminded him that my grandmother was a widow with 7 children at the age of 37 and how she raised her children alone, by making them good men and women. None of her children had any problems with the law. My father was a man without academic preparation, but he was very hardworking and with a great human quality who, with a poultry farm in his town, managed to send me to university.

I also reminded him of his mother, my older sister, who was shaped by our parents to be a strong, determined, and hard-working woman who married very young at 18, but then continued to educate herself after marriage, with my brother-in-law's support (Luis Eduardo's father). At 30 years old, my sister became mayor of her town, and today she is remembered as a great public servant and a great human being. After her experience as a public servant, she continued working independently as an interior designer, a profession she passed on to 2 generations, since 2 of her children and 3 of her grandchildren work in that area, as well. She never stopped working. She died at 66 with an active client portfolio.

My other 3 brothers shaped hard-working and honest families. We are 5 siblings, with 16 nephews and almost 30 grandchildren, and no one ever had a small or big problem within the legal justice system.

For that reason, I told Luis Eduardo that he did not belong in this place, that he has a great family. We know that he committed a crime and that he is ready to pay the consequences, but he knows that he has a great family that will support him unconditionally when he returns. We are a caring family, willing to support him to get ahead. I know that he would never break the law again under any circumstance after this difficult experience and knowing he has the support of every member of our great family.

He was discreet in his activities. Regardless of what he has done wrong in his life, he managed to form ties and bonds with each of his cousins and uncles that are still intact today. We all love him, and we hope that he will soon be with us. We are ready to support him to start a new life, always within the law, as we have done for the last 4 generations.

The most important task he has when he comes home is to look after his youngest children. I'm sure his biggest regret is not being able to see them grow up. May God give him the opportunity very soon to redeem himself as a father and to give all his love to his children.

Thank you, Judge for paying attention to this letter,


Roberto Garcia

Honorable Judge:

My name is Baltazar Martinez. I am the current municipal president (mayor) of Cerralvo, Nuevo León, Mexico.

I have known Luis Eduardo personally since childhood. We are contemporaries and grew up in the same town. I was sadly surprised to learn that he is facing legal proceedings in the United States. It was a real surprise because neither Luis Eduardo nor anyone in his family have ever had any legal problems or misconduct. On the contrary, they have always been a family of principles.

His mother was mayor many years ago and she is still remembered for her great performance in that capacity. His father, without being a public servant, was a person with a big heart who helped whoever needed it. And Luis Eduardo is type of person who likes to help others. I know that during past administrations, he has made contributions for the benefit of the children of our town, he participated in parades, and attended festivities in our municipality. Everything he did, he did in a cheerful, peaceful, and cordial way.

Luis Eduardo has never had any legal or administrative problems. He has never even had a traffic infraction in our municipality. He always carried himself with respect, like a good person.

We know that the family has an ecotourism project to carry out on a property that Luis Eduardo inherited from his parents and that is located next to El Sabinal National Park. This project would be to support him to start a new life within the legality. As a municipality, we would love to review the project and confirm that it benefits and promotes our community, and we would love to support this project to be carried out and help the growth of our town.

We believe in second chances, and we hope that Luis Eduardo will be back in our community very soon.

Sincerely,

Baltazar Martinez

I address you, Sir Judge:

I am Norberto Julio Gonzalez Gonzalez, secrtetary of the livestock association of the city of Cerralvo Nuevo León, in Mexico.

Mr. Luis Eduardo González García and his family, originally from our town, have been part of the livestock association for several decades. We know Mr. Luis very well, as he has been an active member for approximately 15 years, following his father's footsteps, Mr. Gerardo González Benavides, in his interest and participation in the field of livestock.

They are registered in our association with a property that their family has owned for more than 80 years. This property has land to plant pastures and to raise cattle, and it is located within our town, next to a beautiful national park called El Sabinal, which is our greatest ecological treasure.

This property was inherited by Luis Eduardo from his father, and he in turn inherited it from his. It is a property that has been active for many years.

We know that there are projects for the future, including an ecotourism park, taking advantage of the proximity of El Sabinal Park. We believe that these types of projects would give a great economic boost to the region. We hope that plan will come to fruition one day in the not-too-distant future, as it would benefit many people in the community and at the state level.

We await the return of Mr. Luis to our community and to our association.

Thank you very much for your attention, Mr. Judge,

Norberto Julio Gonzalez Gonzalez

Dear Mr. Judge,

My name is Oziel Rodríguez. I am a diocesan Catholic priest of the Archdiocese of Monterrey, Nuevo León, Mexico.

I have known Eduardo González since I was a child. I have always seen him as a very dear uncle, and he is a very important part of my family. He has always been very kind and generous to me and to his whole family. He is very hardworking and likes to help people.

Eduardo is a very special person in my life as a priest, because when I felt that God called me to consecrate myself and give my life to Him, my economic situation was not very stable to enter the seminary. Therefore, it was not possible to achieve it. When Eduardo found out what I kept in my heart, he was the one who encouraged me, and he supported me emotionally and financially so that I could fulfill my dream and give my life to God. He told me that he would make sure that nothing prevented me from fulfilling my dream and that he would always be with me; and he did so, he took care of the expenses of my priestly formation, he paid for a large part of my studies and academic degrees in the seminary, and he was always close to me.

For this and much more, Eduardo is very special to me. He is my family, I love him very much, and I thank God for putting him in my path. It would make me very happy and I wish with all my heart that he can soon be back among us to share life with him again. And in the same way that he was with me and helped me fulfill this dream of mine and of God, of being a priest, I am willing to help him, encourage him, direct him, and accompany him humanly and spiritually when he returns to us, his family.

May the peace and blessing of God be with you.


Father Oziel Rodriguez