**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

| 1. Program Code | 2. Cross File / Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| | ☐ ☐ ☐ ☐ ☐ | [redacted] | [redacted] |
| 5. By: Jason T Bradford, SA<br>At: CHICAGO, IL DIVISION OFFICE | | 6. File Title<br>[redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>08-20-2018 | |

9. Other Officers: GS Keith Billiot, SA Kirk Williamson, IA Beth Carrington

10. Report Re: Proffer Interview of Martin VILLEGAS-NAVARETTE at the Office of the AUSA in Atlanta, GA on August 15, 2018.

## SYNOPSIS

On August 15, 2018, SA Jason Bradford and GS Keith Billiot conducted a proffer interview of Martin VILLEGAS-NAVARETTE at the DEA office in Atlanta, GA. The proffer interview covered information regarding past knowledge of his drug trafficking activities as related to events linked to the Chicago Field Division. Representing VILLEGAS-NAVARETTE was attorney Ruben Oliva. Translation was provided by Laura Ham.

## DETAILS

1. During the interview, VILLEGAS-NAVARETTE identified Luis Eduardo GONZALEZ-GARCIA aka "El Flacco"/"El Primo" (hereinafter GONZALEZ-GARCIA) as a drug and money transporter for his (The VILLEGAS-NAVARETTE) organization. VILLEGAS-NAVARETTE stated he met GONZALEZ-GARCIA in Chicago, IL, circa 1997, [redacted]

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division | /s/ Jason T Bradford, SA | 02-20-2019 |
| District | 14. Approved (Name and Title)<br>/s/ Keith D Billiot, GS | 15. Date<br>02-22-2019 |
| Other SARI | | |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 2 of 7 | | |
| 5. Program Code | 6. Date Prepared 08-20-2018 | |

2. VILLEGAS-NAVARETTE stated his organization began transporting marijuana from McAllen, TX to Chicago, IL. However, between 2013-2014, VILLEGAS-NAVARETTE stated he sent fifty kilograms of cocaine to Atlanta, GA, using GONZALEZ-GARCIA's transportation cell. And in 2015, VILLEGAS-NAVARETTE stated he sent between eighty to one hundred kilograms of cocaine to Chicago, IL, also using GONZALEZ-GARCIA as his transportation coordinator.

3. VILLEGAS-NAVARETTE stated in 2013, he sold a yacht entitled "Tourbillion" to GONZALEZ-GARCIA for approximately four hundred thousand dollars in United States Currency (USC). The yacht was located in Cancun, Mexico. Also in 2013, GONZALEZ-GARCIA began a drug distribution line from Ecuador to Monterrey, Mexico, with Faustino DAMIEN-CASTRO. DAMIEN-CASTRO knew the Columbian source of supply based in Ecuador and GONZALEZ-GARCIA handled the transportation. According to VILLEGAS-NAVERETTE, the Columbians would bring fish mill as a cover load along with cocaine in base form from Ecuador to Mexico. Once the cocaine arrived in Mexico it was processed for consumption. An unknown cousin of GONZALEZ-GARCIA had shell companies in Mexico to receive the drugs. GONZALEZ-GARCIA used tractor/trailer trucks with hidden compartments to smuggle drugs from Mexico into the United States. The semi-tractor trailer trucks with hidden compartments were driven out of Pachuca, Hidalgo, Mexico. The drugs would enter the United States through Laredo, TX and McAllen, TX. From there the drugs would travel to Houston, TX, Chicago, IL and Atlanta, GA. In the calendar year of 2013 through 2014, VILLEGAS-NAVARETTE stated GONZALEZ-GARCIA moved 50 kilograms of cocaine six times for VILLEGAS-NAVARETTE. VILLEGAS-NAVARETTE stated, later GONZALEZ-GARCIA and DAMIEN-CASTRO delayed the process when the unknown cousin was discovered making money outside of the organization by selling additional unaccounted for drugs. **Agents note:** VILLEGAS-NAVARETTE termed the cousin as running a side business.

4. VILLEGAS-NAVARETTE mentioned the following businesses were fronts for storing drugs: "Metropoly, In and Out Logistics" and "Titanium Distributors". Each business was used to facilitate the transportation of cocaine from south Texas to other destination cities such as Atlanta, GA, and Chicago, IL. When GONZALEZ-GARCIA's warehouse was raided in Atlanta,

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. **Page 3 of 7** | | |
| 5. Program Code | 6. Date Prepared 08-20-2018 | |

GA, he (VILLEGAS-NAVARETTE) knew about it. VILLEGAS-NAVARETTE stated GONZALEZ-GARCIA visited him in 2017, while he (VILLEGAS-NAVARETTE) was in jail in Mexico City, Mexico. The conversation was brief and VILLEGAS-NAVARETTE offered his condolences on the passing of GONZALEZ-GARCIA's father. VILLEGAS-NAVARETTE also mentioned GONZALEZ-GARCIA owed him approximately four hundred thousand dollars USC for money and drugs seized circa 2015, but the money was never repaid.

5. VILLEGAS-NAVARETTE stated GONZALEZ-GARCIA was supplied drugs from various sources besides the names previously mentioned. The SOS's include Tomas MARTINEZ, Abelino "Abel" MAYA (both are large SOS's from Columbia) Eduardo TIRADO and the Beltran-Leyva cartel. VILLEGAS-NAVARETTE mentioned additional locations including Michoacán and Sinaloa. **Agents note:** GONZALEZ-GARCIA as a businessman for the cartels would put sources of supply in contact with wholesale distributors, and acting as a transportation cell to deliver the drugs and/or money on whatever agreement was reached.

6. Circa 2008-2009, VILLEGAS-NAVERETTE stated GONZALEZ-GARCIA was involved with the Zeta cartel. Armando HARO-GALLEGOS (GONZALEZ-GARCIA's cousin) was kidnapped by the Zeta's regarding a trip to Atlanta in which a trailer containing cattle and twelve million dollars USC was seized. Seven million of those dollars belonged to Heriberto LOZCANO-LOZCANO (former Zeta leader now deceased) and Miguel Angel TREVINO-MORALES aka Z40. Five million belonged to unknown person(s). This became a problem because GONZALEZ-GARCIA was only supposed to transport money for the Zeta's and not comingle the bulk currency. Eventually Armando was released, however in 2011-2012 he was arrested in McAllen, TX but escaped and is believed to be in or about Monterrey, Mexico.

7. VILLEGAS-NAVERETTE stated when GONZALEZ-GARCIA transported cocaine for his organization, VILLEGAS-NAVERETTE would pay GONZALEZ-GARCIA a percentage of the total amount of kilograms moved. For example, if GONZALEZ-GARCIA transported fifty kilograms of cocaine, VILLEGAS-NAVARETTE paid GONZALEZ-GARCIA fifteen kilograms out of the fifty kilograms of cocaine. In turn, GONZALEZ-GARCIA paid all expenses incurred in Mexico. When it was time to transport the drugs from Mexico to the United States, GONZALEZ-GARCIA would charge $1,500.00 USC per kilogram on the

DEA Form - 6a
(Jul. 1996)
**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

REPORT OF INVESTIGATION
(Continuation)

| 1. File No. | 2. G-DEP Identifier |
| --- | --- |
| 3. File Title | |
| 4. Page 4 of 7 | |
| 5. Program Code | 6. Date Prepared 08-20-2018 |

thirty-five kilograms of cocaine which belonged to VILLEGAS-NAVERETTE (minus the fifteen for his payment). If GONZALEZ-GARCIA was transporting money to Mexico from the United States, he was paid six percent of the total value of bulk currency. VILLEGAS-NAVERETTE stated GONZALEZ-GARCIA did approximately twelve trips returning to Mexico with approximately ten million dollars USC. **Agent's note:** GONZALEZ-GARCIA would have made a profit of $600,000. USC on the transportation of the bulk currency alone as related to the ten million dollars.

8. VILLEGAS-NAVERETTE stated during their working relationship, he gave GONZALEZ-GARCIA a "Hublot" watch valued at twenty thousand dollars USC for his birthday. VILLEGAS-NAVERETTE also gave GONZALEZ a Spanish mare as a gift but had GONZALEZ taking care of an additional nine Spanish mares and two stallions valued at approximately twelve thousand dollars USC each. VILLEGAS-NAVARETTE stated while he was in prison in Mexico City, Mexico, GONZALEZ-GARCIA visited him (using his real name) on four occasions to talk business. VILLEGAS-NAVERETTE instructed GONZALEZ-GARCIA to sell the horses but VILLEGAS-NAVERETTE said he never received payment. The last time they talked business both were in Costa Rica.

9. VILLEGAS-NAVARETTE stated he communicated with GONZALEZ-GARCIA through messaging via Blackberry, GONZALEZ-GARCIA would often change his PIN. VILLEGAS-NAVARETTE stated GONZALEZ-GARCIA owns real estate in several locations, including an apartment, ranch and two homes in Monterrey, Mexico. GONAZALEZ-GARCIA also has a condominium in Cancun, Mexico.

10. VILLEGAS-NAVARETTE stated GONZALEZ-GARCIA used a pilot with a small plane for transporting drugs and money. The pilot was of Polish decent and born in Chicago, IL.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. **Page 5 of 7** | | |
| 5. Program Code | 6. Date Prepared 08-20-2018 | |

**INDEXING**

**DEA** Form **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 6 of 7 | | |
| 5. Program Code | 6. Date Prepared 08-20-2018 | |

[redacted]

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| 4. **Page 7 of 7** | 3. File Title [redacted] | |
| 5. Program Code | 6. Date Prepared 08-20-2018 | |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.